# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nkasa Mesa Yelengi,　　　　　　　　　　　　　Civil No. 16-cv-2397 (SRN/TNL)

　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Loretta Lynch, *Attorney General*, Jeh Johnson, *Secretary of the Department of Homeland Security*, and Sarah Saldana, *U.S. ICE Field Office for the St. Paul Field Office and Warden of Immigration Detention Facility*,

　　　　　　　Respondents.

---

Nkasa Mesa Yelengi, 4030 Pitt Street, Duluth, MN 55804 (pro se Petitioner); and

Ana H. Voss and D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

　　　　Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 26, 2017 [Doc. No. 18], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED AS MOOT**.

2. Petitioner's request of attorney's fees is **DENIED**.

3. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:　May 16, 2017　　　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge